**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA (FARM SERVICE AGENCY),<br>Plaintiff,<br>v.<br>EUDIS CEDEÑO CASTRO, MARIBEL GONZALEZ LUCIANO, and the conjugal partnership constituted by both,<br>Defendants. | CIVIL NO. 08-1026 (RAM)<br><br>RE: FORECLOSURE OF MORTGAGE (IN REM) |

NOTICE OF SALE

TO: EUDIS CEDEÑO CASTRO, MARIBEL GONZALEZ LUCIANO, and the conjugal partnership constituted by both

WHEREAS: Judgment In Rem was entered on March 31, 2009, in favor of the United States of America for the following amounts:

a) On the $26,220.00 Note (Deed No. 73, 6th inscription), with interest at 5.00% per annum:
   - The sum of $24,106.03, of principal;
   - The sum of $6,404.60, of interest accrued as of February 7, 2006, and thereafter until its full and total payment, which interest amount increases at the daily rate of $2.4766;
   - Plus, insurance premium, taxes, advances, late charges, costs, court costs, expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

b) On the $24,980.00 Note (Deed No. 72, 7th inscription), with interest at 3.75% per annum:
   - The sum of $22,981.48, of principal;
   - The sum of $7,954.74, of interest accrued as of February 7, 2006, and thereafter until its full and total payment, which interest amount increases at the daily rate of $2.9907;
   - Plus, insurance premium, taxes, advances, late charges, costs, court costs, expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

The records of the case and of these proceedings may be examined by interested parties at the Office of the Clerk of the United States District Court, Federico Degetau Federal Building and Clemente Ruiz Nazario U.S. Courthouse, 150 Carlos Chardón Avenue, Hato Rey, San Juan, Puerto Rico 00918.

WHEREAS: Pursuant to the terms of the judgment and the order of execution thereof, the following property will be sold at public auction:

URBANA: Solar marcado con el número veinticinco del Bloque "K" de la Urbanización "Montblank", localizado en el Barrio Susúa Baja del término municipal de Yauco, Puerto Rico, con un área superficial de trescientos ochenta y cinco metros cuadrados con siete mil ochocientos noventa y siete diez milésimas de metro cuadrado (385.7897 m/c), en lindes por el NORTE, en veintiún metros cinco centímetros, con la Calle "G" de la Urbanización; por el SUR, en veinticuatro metros seis centímetros, con el solar número veinticuatro del mismo bloque; por el ESTE, en dieciséis metros ochenta y dos centímetros, con el solar número uno del mismo bloque; por el OESTE, en once metros cincuenta centímetros, con la Calle "G" de la Urbanización; y por el NOROESTE, en una curva de tres metros cincuenta centímetros, con dicha Calle "G". Sobre dicho solar enclava una casa de concreto y bloques, para fines residenciales.

The property is identified with the number 10,119 and is recorded at page 81 of volume 286 of Yauco in the Registry of the Property of Puerto Rico, Section II of Ponce.

Physical Address: Urb. Montblanc, Calle G, K-25, Yauco, Puerto Rico

WHEREAS: Property **#10,119** is subject to the following liens:

**Senior Liens:**
a) None

**Junior Liens:**

a) Notice of Lis Pendens dated August 31, 2009, issued by the First Instance Court of Puerto Rico, Section of Yauco, in the civil case number J4CI2009-00396, by Banco Popular de Puerto Rico, versus Eudis Cedeño Castro and his wife Maribel González Luciano, for monies owed and foreclosure of mortgage, where payment is requested for the mortgages of the 4th and 5th inscription, in the amount of $24,817.34, plus interest and other amounts, or the sale of the property at public auction, annotated on December 3, 2009, at the overleaf of page 121 of volume 529 of Yauco, property number 10,119, Annotation B.

THEREFORE, the first public sale shall be held at this Court -located at United States District Court, Federico Degetau Federal Building and Clemente Ruiz Nazario U.S. Courthouse, 150 Carlos Chardón Avenue, Hato Rey, San Juan, Puerto Rico 00918 (main entrance), on **<u>December 8, 2026 at 9:15 am</u>** and the minimum bid for the first public sale, that will be accepted is the sum of ***$26,220.00,*** In the event, said first public auction does not produce a bidder and the property is not adjudicated, a second public auction shall be held at the same location previously indicated, on **<u>December 15, 2026 at 9:15 am</u>** and the minimum bid that will be accepted is two thirds of the minimum bid for the first public sale as to both mortgages respectively ($17,480.00). If said second auction does not result in the adjudication and sale of the property, a third auction will be held at the same location previously indicated, on **<u>December 22, 2026 at 9:15 am</u>**

and the minimum bid that will be accepted is half the minimum bid for the first public sale as to both mortgages respectively ($13,110.00). Upon confirmation of the sale, an order shall be issued cancelling all junior liens. For further particulars, reference is made to the judgment entered by the Court in this case, which can be examined in the Office of the Clerk of the United States District Court.

**Other liens**:

Potential bidders are advised to verify the extent of preferential liens with the holders thereof. It shall be understood that each bidder accepts the title as sufficient, and that as to any liens prior to the one being foreclosed upon, the successful bidder accepts them and is subrogated in responsibility for the same, and that the bid price shall not be applied toward their cancellation.

WHEREAS: Said sale to be made by the Special Master designated by the Court is subject to confirmation by the United States District Court for the District of Puerto Rico. Nonetheless, the deed of conveyance and possession to the property can be executed and delivered before such confirmation, as per Puerto Rico Mortgage Law.

In San Juan, Puerto Rico, this Oct. 28, 2026.

MICHEL A. RACHID FOURNIER

1521.496